COOPER, WHITE & COOPER LLP
MARK L. TUFT (SBN 43146)
ANDREW I. DILWORTH (SBN 178792)
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for movant SUREWEST
COMMUNICATIONS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>vs.<br><br>JEFFREY WELLS, LARRY J. WELLS, and HENRY M. KAISER,<br><br>       Defendant. | CASE NO. CR S-04-0069-MCE<br><br>**MOTION TO CONTINUE HEARING DATES ON MOTIONS TO QUASH**<br><br>Date:  May 31, 2005<br>Time:  2:00 p.m.<br>Magistrate Judge:  Hon. Gregory G. Hollows<br>Ctrm.:  24<br><br>[Special Appearance] |

      On the afternoon of May 26, 2005 counsel for Movant SureWest Communications ("SureWest") received an e-mail from counsel for defendant Larry Wells indicating that because of scheduling issues defense counsel intended to seek to continue the hearing dates on SureWest's and Ernst & Young's Motions to Quash which are presently set for May 31, 2005 and June 7, 2005, respectively.  After consultation between counsel regarding dates of availability, the parties have agreed to have the hearings on the Motions to Quash consolidated for hearing on July 12, 2005 at 2:00 p.m.  Availability on that date has also been confirmed with the Court's Clerk.

      Accordingly, SureWest hereby moves the Court to continue the presently set hearing date of May 31, 2005 on SureWest's Motion to Quash to July 12, 2005 at 2:00

p.m. SureWest further moves the Court to continue the presently set hearing date of June 7, 2005 on Ernst & Young's Motion to Quash to July 12, 2005 at 2:00 p.m.

               COOPER, WHITE & COOPER LLP

DATED: May 27, 2005    By: _____/s/ Mark Tuft_____
              Mark Tuft (original signature retained by
                attorney Andrew Dilworth)

              Attorneys for Movant SureWest Communications

IT IS SO ORDERED.

DATED: 6/1/05

              /s/ Gregory G. Hollows
              _____
                THE HON. GREGORY G. HOLLOWS
                United States Magistrate Judge