Matthew G. Jacobs
Downey Brand LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
(916) 444-1000

# UNITED STATES DISTRIC COURT, EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR. S-04-0069 MCE |
| v. | |
| LARRY WELLS, JEFFREY WELLS, and HENRY M. KAISER, | |
| Defendant(s). | **SUBSTITUTION OF ATTORNEY; ORDER** |

__Henry M. Kaiser__    [ ] Plaintiff    [X] Defendant    [ ] Other _____
*Name of Party*

hereby substitutes __DLA Piper Rudnick Gray Cary LLP__ who is
*Street Address*

[X] Retained Counsel    [ ] Court Appointed Counsel    [ ] In Pro Per    __400 Capitol Mall, Ste., 2400__
*Street Address*

__Sacramento, CA 95814__    __(916) 930-3200__    __(916) 930-3201__    __122066__
*City, State, ZIP Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in place and stead of __Downey Brand LLP__
*Present Attorney*

Dated: June 15, 2005    /s/ Henry M. Kaiser (Original signature retained by Matthew Jacobs)
*Signature of Party*
Henry M. Kaiser

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: June 17, 2005    /s/ Rhonda C. Canby
*Signature of Present Attorney*
Downey Brand LLP

I am duly admitted to practice in the District pursuant to Local Rule 83-2-8.

Dated: June 20, 2005    /s/ Matthew G. Jacobs
*Signature of New Attorney*
DLA Piper Rudnick Gray Cary LLP

Substitution of Attorney is hereby ( **XX** ) **Approved**    (   ) **Denied.**

Dated: July 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE