COOPER, WHITE & COOPER LLP
MARK L. TUFT (SBN 43146)
ANDREW I. DILWORTH (SBN 178792)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for movant SUREWEST COMMUNICATIONS

MICHAEL J. SHEPARD (SBN 91281)
MEGAN DIXON (SBN 162895)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for movant ERNST & YOUNG LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY WELLS, LARRY J. WELLS,<br>and HENRY M. KAISER,<br><br>　　　　Defendants.<br>_____ / | No. CR S-04-0069 MCE<br><br>STIPULATION AND<br>ORDER TO CONTINUE HEARING<br>DATES ON MOTIONS TO QUASH |

　　　　Movants SureWest Communications ("SureWest") and Ernst & Young LLP ("E&Y") (collectively referred to as "Movants") respectfully request that the Court continue the joint hearing on their motions to quash the subpoenas issued to each of them, presently set for July 12, 2005 at 2:00 p.m., to the date of July 21, 2005 at 2:00 p.m.  Movants' request is made on the grounds that defendants Larry Wells and Jeffrey Wells ("defendants") have filed a last-minute opposition brief to both motions to quash.

On April 19, 2005, SureWest filed a timely motion to quash the subpoena issued to it by defendant Larry Wells.  Pursuant to Local Rule any opposition to SureWest's motion was due no later than May 3, 2005 (10 court days following service).  L.R. Crim. 12-430(d).  On May 17, 2005, Ernst & Young filed a timely motion to quash the subpoena issued to it by defendant Larry Wells.  Pursuant to Local Rule, any opposition to Ernst & Young's motion should have been filed by May 31, 2005 (10 court days following service).  SureWest filed a joinder in Ernest & Young's motion on June 8, 2005.  No opposition was filed by defendants with respect to either motion to quash until more than a month later, late in the afternoon on July 6, 2005.  Hearing on both motions is presently set for Tuesday, July 12, 2005 at 2:00 p.m.

Defendants' opposition is weeks late, and comes after SureWest already filed a reply brief pointing out the complete absence of any opposition (SureWest's Reply brief was filed on June 9, 2005 and has gone unanswered for virtually a month).  There was never any agreement between the parties with respect to the belated filing of the opposition.  Defendants' opposition is 22 pages long and includes a separate declaration from defense counsel with new evidence.

A brief continuance is necessary in order to provide Movants' with a reasonable period of time to respond to the untimely opposition sufficiently in advance of the hearing, and for the Court to be able to give full consideration to such matters prior to the hearing on the motions.

Movants' counsel has contacted the Court's clerk to determine the Court's availability and was advised that the Court was available on July 21, 2005 at 2:00 p.m.  Movants' counsel also contacted William Portanova and Wayne Ordos, counsel for defendants Larry Wells and Jeff Wells, and confirmed that they both agree to the continuance and are available on July 21, 2005.

Because of the late nature of the opposition and the pending hearing date of July 12, 2005, Movants have filed this stipulation as promptly as possible. There is no trial date currently set in the underlying criminal action.

Accordingly, Movants hereby stipulate and request that the Court continue the presently set hearing date of July 12, 2005 on Movants' motions to quash to July 21, 2005 at 2:00 p.m. Movants will file and serve their responses to the defendants' late opposition no later than Monday, July 18, 2005.

COOPER, WHITE & COOPER LLP

DATED: July 7, 2005         By: _____/s/ Mark Tuft_____

Mark Tuft
Attorneys for Movant SureWest Communications


HELLER EHRMAN LLP


DATED: July 7, 2005         By: _____/s/ Megan Dixon_____
Megan Dixon
Attorneys for Movant Ernst & Young LLP

**IT IS SO ORDERED.**

DATED: July 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE