1   MATTHEW G. JACOBS (Bar No. 122066)
    DLA PIPER RUDNICK GRAY CARY US LLP
2   400 Capitol Mall, Suite 2400
    Sacramento, CA  95814-4428
3   Tel:  916.930.3200
    Fax:  916.930.3201
4
    Attorneys for Defendant
5   HENRY M. KAISER

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.  Cr. S-04-0069-MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND AMENDED [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING OF HENRY KAISER** |
| v. | |
| LARRY WELLS, JEFFREY WELLS, and HENRY M. KAISER, | |
| Defendants. | |

17         IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the

18   judgment and sentencing of Henry M. Kaiser, currently scheduled for August 9, 2005 at 8:30 a.m.

19   may be continued to December 13, 2005 at 8:30 a.m..  The parties request this continuance so that

20   Mr. Kaiser may be sentenced after the trial of the remaining defendants in this case, which is

21   currently set for October 19, 2005.

22   Dated:  August 3, 2005

23                                           DLA PIPER RUDNICK GRAY CARY US LLP

24

25                                           By  /s/ Matthew G. Jacobs
                                                 MATTHEW G. JACOBS
                                                 Attorneys for Defendant
26                                               HENRY M. KAISER

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP
                                             -1-

1  Dated:  August 3, 2005

2                                                  McGREGOR W. SCOTT

3

4                                                  By  /s/ R. Steven Lapham
                                                      R. STEVEN LAPHAM
                                                      Assistant U.S. Attorney
5

6

7                                                  ORDER

8  IT IS SO ORDERED.

9  Dated: August 11, 2005

10

11                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -2-