MATTHEW G. JACOBS (Bar No. 122066)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendant
HENRY M. KAISER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY WELLS, JEFFREY WELLS, and HENRY M. KAISER,<br><br>    Defendants. | CASE NO.  Cr. S-04-0069-MCE<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF HENRY KAISER**<br><br>Date:  December 13, 2005<br>Time:  8:30 a.m. |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the judgment and sentencing of Henry M. Kaiser, currently scheduled for December 13, 2005 at 8:30 a.m. may be continued to April 25, 2005, at 8:30 a.m., or to any date thereafter that is convenient to the Court.  The parties request this continuance so that Mr. Kaiser may be sentenced after the trial of the remaining defendants in this case, which is currently set for March 1, 2006.

**The parties also apologize to the Court for neglecting to submit this stipulation until the day before the scheduled hearing.  The parties understand that this has caused the Court to prepare for sentencing unnecessarily, and deeply regret the imposition on the Court's time that this has caused.**

*///*

///

///

-1-

1 | Dated: December 12, 2005

2 | DLA PIPER RUDNICK GRAY CARY US LLP

3 |
4 | By /s/ Matthew G. Jacobs
    MATTHEW G. JACOBS
    Attorneys for Defendant
5 | HENRY M. KAISER

6 |
7 | Dated: December 12, 2005

8 | McGREGOR W. SCOTT

9 | By /s/ R. Steven Lapham
    R. STEVEN LAPHAM
10 | Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED

Dated: December 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-