MATTHEW G. JACOBS (Bar No. 122066)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
HENRY M. KAISER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY WELLS, JEFFREY WELLS, and HENRY M. KAISER,<br><br>    Defendants. | CASE NO.  2:04-cr-0069-MCE<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF HENRY KAISER**<br><br>Date:  April 25, 2006<br>Time:  8:30 a.m. |
|---|---|

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the judgment and sentencing of Henry M. Kaiser, currently scheduled for April 25, 2006 at 8:30 a.m. may be continued to August 22, 2006, at 8:30 a.m., or to any date thereafter that is convenient to the Court. The parties request this continuance so that Mr. Kaiser may be sentenced after the trial of the remaining defendants in this case, which is currently set for June 21, 2006.

Dated: March 29, 2006

                                          DLA PIPER RUDNICK GRAY CARY US LLP

                                          By  /s/ Matthew G. Jacobs
                                              MATTHEW G. JACOBS
                                              Attorneys for Defendant
                                              HENRY M. KAISER

Dated: March 29, 2006

McGREGOR W. SCOTT

By /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

## ORDER

The judgment and sentencing of Henry M. Kaiser, currently scheduled for April 25, 2006 at 8:30 a.m. is continued to August 22, 2006, at 8:30 a.m. The requested date of August 29, 2006 is not available for the Court.

IT IS SO ORDERED.

DATED: April 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE