MATTHEW G. JACOBS (Bar No. 122066)
DLA PIPER RUDNICK GRAY CARY US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendant
HENRY M. KAISER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>LARRY WELLS, JEFFREY WELLS, and<br>HENRY M. KAISER,<br><br>              Defendants. | CASE NO.  Cr. S-04-0069-MCE<br><br>**ORDER GRANTING DEFENDANT KAISER'S EX PARTE MOTION FOR ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   August 22, 2006<br>Time:  8:30 a.m. |

The Court having considered Henry M. Kaiser's ex parte motion for an order to file documents under seal, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.  In support of his Sentencing Memorandum, Mr. Kaiser may file under seal a declaration of Matthew Jacobs and exhibits thereto.  This sealing order shall not apply to the U.S. Attorney.  Counsel for Mr. Kaiser shall serve the sealed pleading on the U.S. Attorney.

DATE:  August 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE