```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    MATTHEW D. SEGAL
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:04-cr-0069-MCE
                                 )
12            Plaintiff,         )   ORDER
                                 )   REGARDING ASSET DEPOSITED
13       v.                      )   WITH REGISTRY OF THE COURT
                                 )
14  HENRY M. KAISER, et al.,     )
                                 )
15            Defendants.        )
    _____)
16
```

17      On or about April 13, 2004, defendant Henry Kaiser pled guilty

18 to Count 14 in violation of 18 U.S.C. § 2314 and Count 22 in

19 violation of 18 U.S.C. § 1957.  On April 22, 2004, plaintiff United

20 States of America, Margaret F. Kaiser and defendant Henry M. Kaiser

21 entered into a stipulation in which defendant Henry M. Kaiser agreed

22 to forfeit his right, title, and interest in the below-described

23 property:

24      50% of the net proceeds from the sale of the real property
        located at 148 Bonita Avenue, Piedmont, California, APN:
25      050-4532-029.  Said proceeds shall become a sub res in
        lieu of the real property.
26

27      On May 26, 2004, the Court entered a Preliminary Order of

28 Forfeiture forfeiting defendant Henry M. Kaiser's interest in the

1

above-listed property to the United States.  In paragraph 3 of the Preliminary Order of Forfeiture, the Court authorized the U.S. Marshals Service to seize and hold the above-listed 50% net proceeds in its secure custody and control.

Pursuant to the April 22, 2004 Stipulation and Order Regarding Henry M. Kaiser Deposit of Asset With Registry of The Court, the United States deposited a Placer Title Company check in the amount of $361,585.23 with the Clerk of the Court on or about June 24, 2004.

Defendant Henry M. Kaiser was sentenced on or about August 22, 2006.  The Preliminary Order of Forfeiture filed May 26, 2004, was made part of defendant Henry M. Kaiser's sentence and became final as to defendant Henry M. Kaiser on August 22, 2006, and was incorporated into the Judgment and Conviction in its entirety.

It is hereby ORDERED, as follows:

1.  The approximately $361,585.23 shall be seized and held by the U.S. Marshals Service, in its secure custody and control, pending further order of the Court.  The Clerk of the Court shall disburse the approximately $361,585.23 in U.S. Currency deposited on June 24, 2004, on behalf of Henry M. Kaiser, plus any interest that has accrued on that amount, to the U.S. Marshals Service.  The Clerk of the Court shall waive any and all service fees on the approximately $361,585.23 in U.S. Currency.

DATED: January 11, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2