MATTHEW G. JACOBS (Bar No. 122066)
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendant
HENRY M. KAISER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY WELLS, JEFFREY WELLS, and HENRY M. KAISER,<br><br>Defendants. | CASE NO.  2:04-cr-0069-MCE<br><br>**ORDER EXONERATING BAIL** |

As Defendant Henry Kaiser has now been sentenced and is in the custody of the Bureau of Prisons, bail is hereby exonerated and all conditions of pretrial release are vacated.  The Clerk is directed to return Mr. Kaiser's passport to his attorney of record.

IT IS SO ORDERED.

DATED: January 11, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

DLA PIPER US LLP

PDF created with pdfFactory trial version www.pdffactory.com