```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY WELLS,<br>LARRY J. WELLS, and<br>HENRY M. KAISER,<br><br>   Defendants. | CR-S-04-0069 MCE<br><br>FINAL ORDER OF FORFEITURE |

The Court makes the following FINDINGS:

1. On May 26, 2004, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of the following property:

    a. 50% of the net proceeds from the sale of the real property located at 148 Bonita Avenue, Piedmont, California, APN: 050-4532-029.  Said proceeds shall become a sub res in lieu of the real property.

The Court adjudged that based on the plea agreement of defendant Henry M. Kaiser that the above-described property was subject to forfeiture pursuant to the provisions of 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p).

2. Pursuant to the April 22, 2004 Stipulation and Order

1

Regarding Henry M. Kaiser Deposit of Asset With Registry of the Court, the United States deposited a Placer Title Company check in the amount of $361,585.23 with the Clerk of the Court on or about June 24, 2004, which represents 50% of the net proceeds from the sale of the above-referenced real property.

3. Pursuant to the Order Regarding Asset Deposited With Registry of the Court filed January 12, 2007, the approximately $361,585.23 was turned over to the U.S. Marshals Service pending further order of the Court.

4. On February 12, 2007, this Court entered a Preliminary Order of Forfeiture ordering the forfeiture of the following property:

>   a. All funds frozen in Luxembourg in or about August 2005 pursuant to a Mutual Legal Assistance Treaty Request sent on or about May 10, 2004[1],
>
>   b. Real property located at 2905 Bird Rock Road, Pebble Beach, California, APN: 007-661-004, recorded owners Larry J. Wells and Dianna L. Wells[2], and
>
>   c. Approximately $57,544.12 in U.S. Currency, plus any accrued interest on that amount in lieu of real property located at 906 Vine Avenue, Roseville, California, APN: 014-321-007, and substituted as the *res* herein.

The Court adjudged that based on the stipulation and application for preliminary order of forfeiture and the plea agreements of

---

[1] By separate application, the United States shall seek a final order of forfeiture as to this asset.

[2] A Stipulation for Final Order of Forfeiture and Order Thereon regarding this real property was filed on October 22, 2007.

2

1 defendants Larry J. Wells and Jeffrey Wells the above-described
2 property was subject to forfeiture pursuant to the provisions of
3 18 U.S.C. § 982(a)(1) and/or 18 U.S.C. § 982(b)(1) incorporating
4 21 U.S.C. § 853(p).

5     5. The Preliminary Order of Forfeiture also included a
6 money judgment in the amount of $1,838,885 against Larry J. Wells
7 and Jeffrey Wells. To the extent that the United States realizes
8 any sums from the forfeiture of assets specified in this action,
9 the sum of the $1,838,885 money judgment shall be reduced
10 accordingly. Larry J. Wells and Jeffrey Wells are jointly and
11 severally liable on the money judgment.

12     6. On June 8, 15 and 22, 2004, the United States published
13 notice of the Court's Preliminary Order of Forfeiture as to Henry
14 M. Kaiser in <u>The Daily Recorder</u> (Sacramento County), a newspaper
15 of general circulation located in the county in which the subject
16 property listed in paragraph 1.a was seized and the district in
17 which this action was filed.

18     7. On February 23, March 2, and 9, 2007, the United States
19 published notice of the Court's Preliminary Order of Forfeiture
20 as to Larry J. Wells and Jeffrey Wells in <u>The Daily Recorder</u>
21 (Sacramento County) and the <u>Monterey Herald</u> (Monterey County),
22 newspapers of general circulation located in the county in which
23 the subject properties in paragraph 4.a-c were seized, the
24 district in which this action was filed, or in the county in
25 which the above-described properties are located.

26     8. The United States and petitioners Dianna Wells and
27 Washington Mutual Bank entered into a Stipulation for Final Order
28 of Forfeiture and Order Thereon regarding the real property

3

1  located at 2905 Bird Rock Road, Pebble Beach, California, APN:
2  007-661-004.  That Final Order of Forfeiture was filed on October
3  22, 2007, and is unaffected by this Final Order of Forfeiture.
4       9.  No other third party has filed a claim to any of the
5  subject properties, and the time for any person or entity to file
6  a claim has expired.
7       Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as
8  follows:
9       1.  A Final Order of Forfeiture is hereby entered forfeiting
10 to the United States of America all right, title, and interest in
11 the following properties pursuant to 18 U.S.C. § 982(a)(1), 18
12 U.S.C. § 982(b)(1) incorporating 21 U.S.C. § 853(p), and/or Fed.
13 R. Crim. P. 32.2(b)(1), to be disposed of according to law,
14 including all right, title, and interest of defendants Henry M.
15 Kaiser, Larry J. Wells and Jeffrey Wells:

      a.  Approximately $361,585.23 in U.S. Currency, plus any accrued interest on that amount in lieu of real property located at 148 Bonita Avenue, Piedmont, California, APN: 050-4532-029, and substituted as the *res* herein;

      b.  Approximately $57,544.12 in U.S. Currency, plus any accrued interest on that amount in lieu of real property located at 906 Vine Avenue, Roseville, California, APN: 014-321-007, and substituted as the *res* herein;

      c.  A $1,838,885 personal money judgment against Larry J. Wells; and

      d.  A $1,838,885 personal money judgment against Jeffrey Wells.

25      2.  All right, title, and interest in the above-described
26 properties shall vest solely in the United States America.
27      3.  To the extent that the United States realizes any sums
28 from the forfeiture of assets specified in this action, the sum

4

of the $1,838,885 money judgment shall be reduced accordingly. Larry J. Wells and Jeffrey Wells are jointly and severally liable on the above-listed money judgment.

    4.  The United States Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

Dated: November 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE