McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00069-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO *AMEND* |
| | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | RE: REAL PROPERTY AT 2905 |
| | ) | BIRD ROCK ROAD, PEBBLE |
| LARRY J. WELLS, | ) | BEACH, CALIFORNIA |
| | ) | AND ORDER THEREON |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| DIANNA L. WELLS, WASHINGTON MUTUAL | ) | |
| BANK and WILLIAM J. PORTANOVA, | ) | |
| | ) | |
| Petitioners. | ) | |
| _____ | ) | |

1.  Unbeknownst to the government, attorney William J.
Portanova recorded a Deed of Trust with Assignments of Rents on
September 27, 2007, in Monterey County as document number 2007074070
against the real property located at 2905 Bird Rock Road, Pebble
Beach, California, APN: 007-661-004 (hereinafter, the "Property") in
the amount of $60,000.00 with interest thereon according to the
terms of a promissory note. See Attachment A.

2.  There was an agreement that William Portanova's lien should
be satisfied from Dianna Wells' share of the net proceeds from the

1

sale of the Property, but sadly Dianna Wells passed away on or about November 23, 2007, after a long illness before the agreement could be concluded.

3.   A legal proceeding in Monterey County has been initiated, and through that proceeding the person signing on behalf of Dianna Wells estate has been granted court authority to do so.   See Attachment B.

4.   It is hereby stipulated by and between plaintiff United States of America, Todd Fuller as Administrator with Will Annexed of the Estate of Dianna L. Wells, Washington Mutual Bank and William J. Portanova to amend paragraph 4.f of the Stipulation for Final Order of Forfeiture Re: Real Property at 2905 Bird Rock Road, Pebble Beach, California and Order Thereon filed on October 22, 2007, to the following:

> To petitioner Dianna L. Wells or her estate, 50% of the net proceeds from the sale of the Property after the above disbursements.  The first $60,000.00 of any share Dianna L. Wells estate may receive, shall be paid to William J. Portanova according to such instructions as he may give the Escrow or Title Company handling the sale of the Property.

5.   The payment to petitioners Dianna L. Wells, Washington Mutual Bank and William J. Portanova shall be in full settlement and satisfaction of all claims to, and interest in, the Property.  If for any reason William J. Portanova's lien interest is not satisfied in full from Ms. Wells' share of the net proceeds from any sale of the Property, Mr. Portanova nonetheless agrees to execute such documents as may be necessary to remove his lien interest so that such sale can be concluded.

6.   Except as specifically provided above, the parties further stipulate that the Stipulation for Final Order of Forfeiture Re:

1   Real Property at 2905 Bird Rock Road, Pebble Beach, California and

2   Order Thereon filed on October 22, 2007, shall remain in full force

3   and effect.

4   Dated: _5/27/08_                    McGREGOR W. SCOTT
                                        United States Attorney
5

6                                       _/s/ Courtney J. Linn_
                                        COURTNEY J. LINN
7                                       Assistant U.S. Attorney

8

9   Dated: _5/28/08_                    _/s/ Todd Fuller_
                                        TODD FULLER
10                                      Administrator with Will Annexed of the
                                        Estate of DIANNA L. WELLS
11                                      Petitioner

12
                                ACKNOWLEDGMENT
13

14  State of California        )
                               )
15  County of _Solano_____ )

16  On _May 28, 2008_, before me,_Kathleen Williams_____, Notary
    Public, personally appeared _Todd Fuller_____, who
17  proved to me on the basis of satisfactory evidence to be the
    person(s̶) whose name(s̶) _is_/a̶r̶e̶ subscribed to the within instrument
18  and acknowledged to me that _he_/s̶h̶e̶/t̶h̶e̶y̶ executed the same in
    _his_/h̶e̶r̶/t̶h̶e̶i̶r̶ authorized capacity(i̶e̶s̶), and that by _his_/h̶e̶r̶/t̶h̶e̶i̶r̶
19  signature(s̶) on the instrument the person(s̶), or the entity upon
    behalf of which the person(s̶) acted, executed the instrument.
20
    I certify under PENALTY OF PERJURY under the laws of the State of
21  California that the foregoing paragraph is true and correct.

22  WITNESS my hand and official seal.   ┌─────────────────────────┐
                                         │   KATHLEEN WILLIAMS      │
23                                       │   Commission # 1505762   │
                                         │ Notary Public - California│
24  Signature _/s/ Kathleen Williams_    │      Napa County         │
                                         └─────────────────────────┘
25

26  Dated: _6-3-08_                      _/s/ Scott J. Stilman_
                                        SCOTT J. STILMAN
27                                      Attorney for Petitioner Washington
                                        Mutual Bank
28  ///

                                   3

Dated:  5/29/08                      /s/ William J. Portanova
                                     WILLIAM J. PORTANOVA
                                     Petitioner

                                     (Original signatures retained by attorney)

     **IT IS SO ORDERED.**

Dated: June 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE